1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

MARCO MILLA, an individual,

      Plaintiff,

11

12

   vs.

13

CITY OF LOS ANGELES, a municipal entity;
LOS ANGELES POLICE DEPARTMENT, a
municipal entity; COUNTY OF LOS
ANGELES, DETECTIVE R. ULLEY AND
DETECTIVE J. VANDER HORCK, and DOES
1 through 100, inclusive,

14

15

16

      Defendants.

**CASE No. CV16-00134 R (AJWx)**
Honorable Judge: Manuel L. Real
Honorable Mag. Judge Andrew J. Wistrich

**JUDGMENT**

17

18

19

20

**TO ALL PERSONS:**

21

22

23

24

25

26

27

28

The Motion for Summary Judgment by Defendants City of Los Angeles and

Richard Ulley was taken under submission by this court on January 26, 2017. The

matter had been thoroughly briefed by both parties. Plaintiff was represented by

the Law Offices of Martin Stanley.   Defendants City of Los Angeles and Richard

Ulley were represented by Deputy City Attorneys Craig Miller and Shaun Dabby

Jacobs.

**1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After considering the moving, opposing, and reply papers the Court issued its Order Granting Defendants' Motion for Summary Judgment on February 13, 2017. The order in full is set forth in Document 117.  A copy of the Order is attached to this judgment and incorporated by reference as if fully set forth herein.

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That Judgment be, and hereby is entered in favor of the defendants and against the plaintiff;

2. That the plaintiff shall take nothing;

3. That each party shall bear its own costs; and

4. That the signing of this judgment constitutes entry of judgment under FRCP Rule 79 (b).

DATED:  March 9, 2017                         _____

                                                          Honorable Manuel L. Real
                                                          Judge United States District Court