**MICHAEL N. FEUER**, City Attorney (111529x)
**SCOTT MARCUS,** Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**GEOFFREY PLOWDEN**, Deputy City Attorney (146602)
200 No. Main Street, 6th Floor City Hall East
Los Angeles, California 90012
Email:  geoffrey.plowden@lacity.org
Phone:  (213) 978-6900 Fax No: (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES and RICH ULLEY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual, | Case No. CV16-00134 SVW-AJW |
| Plaintiff, | Hon. Stephen V. Wilson, Judge Presiding |
| vs. | |
| CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive, | **NOTICE OF SUGGESTION OF DEATH UNDER THE RECORD** <br><br> **Trial** <br> **Date:** 5/17/2022 <br> **Time:** 9:00 A.M. <br> **Courtroom: 10A** |
| Defendants. | |

TO THE HONORABLE COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

///

///

1

1  Pursuant to F.R.Civ.P. Rule 25(a)(3), this notice suggests that John Vander Horck, a party in this case, died in Los Angeles County on June 13, 2020. Defendants are unaware of a successor in interest or whether the deceased died intestate or not.

Date: March 2, 2022

**OFFICE OF THE CITY ATTORNEY**

By: */s/ Geoffrey Plowden*

**GEOFFREY PLOWDEN**,
Deputy City Attorney
Attorneys for Defendants City of Los Angeles and
Detective R. Ulley