**LAW OFFICES OF MARTIN STANLEY**
Martin Louis Stanley (SBN: 102413)
100 Wilshire Blvd, Suite 700
Santa Monica, California 90401
Telephone: (310) 399-2555
Facsimile: (310) 317-1001

**LAW OFFICES OF EDMONT T. BARRETT**
Edmont T. Barrett (SBN: 74117)
5150 East Pacific Coast Highway
Long Beach, CA 90804
Telephone: (562) 597-3070
Facsimile: (562) 494-1132

Attorneys for *Plaintiff*, MARCO MILLA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00134-SVW-MRW<br><br>Hon. Stephen V. Wilson, Judge Presiding<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND/OR FOR AN ORDER PERMITTING THE PLAYING AND/OR READING OF THE DEPOSITON OF RAMAR JENKINS AT TRIAL**<br><br>Application Date: May 16, 2022<br>Time: 1:30 PM<br>Courtroom: 10A<br><br>**Trial**<br>Date:           June 14, 2022<br>Time:           9:00 A.M.<br>Courtroom: 10A |

– 1 –

APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**Pre-Trial Conference**
Date:       May 23, 2022
Time:       3:00 P.M.
Courtroom: 10A

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus Ad Testificandum for:

| | |
|---|---|
| Name of Detainee: | RAMAR JENKINS |
| Alias: | |
| BOP/Booking No: | BB0462 |
| Detained by: | |
| Detained at: | CALIPATRIA STATE PRISON |

Detainee is requested for the following reasons:

Appearance is necessary on 06/14/2022 at 9:00 AM before the Honorable STEPHEN V. WILSON, DEPT. 10A Judge.

Location:   U.S. District Court 350 W. 1ST STREET, COURTROOM 10A, LOS ANGELES, CA 90012

    I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

    I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

PLEASE TAKE NOTICE, however, that the deposition of Ramar Jenkins has been taken and has been videotaped and, as such, given that he is over 100 miles away and given defense has had a full and fair opportunity to depose him, Plaintiff respectfully requests that the Court order the deposition to be played and/or read in place of personal appearance.

Dated: 04/11/2022   By: /s/ MARTIN STANLEY
Martin Stanley
Attorney for *Plaintiff*,
MARCO MILLA

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Wilshire Blvd, Suite 700, Santa Monica, California 90401.

On **April 11, 2022,** I served the foregoing document(s) **APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND/OR FOR AN ORDER PERMITTING THE PLAYING AND/OR READING OF THE DEPOSITON OF RAMAR JENKINS AT TRIAL** on the interested parties in this action by email as follows:

**Attorney for Defendants:**
Geoff Plowden
Email: geoffrey.plowden@lacity.org

BY ELECTRONIC DELIVERY DUE TO COVID-19

[**X**] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 11, 2022,** at Santa Monica, California

By:   /s/ MARTIN STANLEY
         Martin Stanley