**MICHAEL N. FEUER**, City Attorney - SBN 111529
**SCOTT MARCUS**, Chief Assistant City Attorney – SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**GEOFFREY PLOWDEN**, Deputy City Attorney – SBN 146602
200 N Main Street, City Hall East, 6th Floor
Los Angeles, CA  90012
Telephone:  (213) 978-7038   Facsimile:  (213) 978-8785
E-mail: geoffrey.plowden@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES, RICHARD H. ULLEY,** and **LOS ANGELES POLICE DEPARTMENT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA,<br><br>          Plaintiff,<br><br>     V.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES POLICE DEPT., a municipal entity; DETECTIVE R. ULLEY, AND DETECTIVE J. VANDER HORCK, and DOES 1 through 10, inclusive<br><br>          Defendants. | CASE NO. CV16-00134 SVW(AJWx)<br>Honorable Judge: Stephen V. Wilson<br>Honorable Mag. Judge Andrew J. Wistrich<br><br>**OBJECTION TO MOTION FOR ORDER TO USE DEPOSITION TESTIMONY CONTAINED WITHIN WRIT FOR HABEAS CORPUS AD TESTIFICANDUM (ECF 231)** |

**TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

Please be advised that Defendants CITY OF LOS ANGELES, RICHARD H. ULLEY, and LOS ANGELES POLICE DEPARTMENT object to the motion for order allowing the deposition of Ramar Jenkins to be used in lieu of live testimony. Said motion does not comply with L.R. 7-3, and other notice requirements. There

1

1  were objections raised as to inadequate notice and method of taking said deposition
2  pending at time of deposition. Those objections need to be sorted out via motion and
3  hearing practice prior to the deposition being used in lieu of live testimony.
4      Jurors should view this key witness in person, as he has suddenly changed his
5  trial testimony after 20 years, and after a visit by plaintiff's counsel, so defendants
6  do not oppose the writ for habeas corpus ad testificandum.

DATED: April 12, 2022

**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:     /s/ *Geoffrey Plowden*
    **GEOFFREY PLOWDEN**
    Deputy City Attorney

*Attorneys for Defendants*, **CITY OF LOS ANGELES RICHARD H. ULLEY**, and **LOS ANGELES POLICE DEPARTMENT**