FILED
CLERK, U.S. DISTRICT COURT
April 20, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FRED W. SLAUGHTER | ORDER OF THE CHIEF JUDGE<br><br>**22-075** |

     Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fred W. Slaughter,

     IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stephen V. Wilson to the calendar of Judge Fred W. Slaughter:

| Case Number | Case Name |
|---|---|
| 2:16-cv-00134-SVW-MRWx | Marco Milla v. City of Los Angeles, et al. |
| 2:19-cv-05798-SVW-KK | Sammy Lee Morris v. R. Yavari, et al. |
| 2:20-cv-11147-SVW-SKx | Deon Jones v. City of Los Angeles, et al. |
| 2:21-cv-07515-SVW-JDEx | Kiwijet, LLC v. Guangzhou Hayonex International Logistics Co. Ltd, et al. |
| 2:21-cv-08935-SVW-MARx | Elizabeth Rosen v. David Duel, et al. |
| 2:21-cv-09282-SVW-MARx | H and T Seafood, Inc. v. L.A. Lucky Import Export Inc. |
| 2:21-cv-10032-SVW-JEMx | Bernhard Kuhmstedt v. Enttech Media Group, LLC, et al. |
| 2:22-cv-00165-SVW-ASx | Ricardo Fernandez v. O Reilly Auto Enterprises, LLC, et al. |
| 2:22-cv-00435-SVW-JEMx | Wawanesa General Insurance Company v. Home Depot U.S.A., Inc., et al. |
| 2:22-cv-00888-SVW-JPRx | Matthew Bergendahl Jr. v. Guardian Life Insurance Company of America |
| 2:22-cv-01321-SVW-PDx | Eric Cleveland v. Yu Ron Chung, et al. |
| 2:22-cv-01582-SVW-GJSx | Gerald Russell v. Delta Air Lines, Inc., et al. |
| 2:22-cv-01680-SVW-PVCx | Carlos Urias v. United States of America, et al. |
| 2:22-cv-02232-SVW-KSx | John Nevado, et al. v. Office Depot, LLC |

In the Matter of the
Creation of Calendar for
District Judge Fred W. Slaughter                                                                2

       5:21-cv-01832-SVW-JC       Billy Wayne Ciggs v. WD Montgomery
       5:21-cv-02172-SVW-SHKx     Stusa Holdings, et al. v. Ford Motor Company, et al.

      On all documents subsequently filed in the case, please substitute the Judge initials FWS after the case number in place of the initials of the prior Judge.

DATED: April 20, 2022

                                              Chief Judge Philip S. Gutierrez