1  **LAW OFFICE OF MARTIN STANLEY**
2  Martin Louis Stanley [State Bar No. 102413]
   100 Wilshire Boulevard, Suite 700
3  Santa Monica, California 90401
4  Telephone:  (310) 399-2555
   Facsimile:  (310) 917-1001
5

6  Edmont T. Barrett [State Bar No.: 74117]
   Post Office Box 607
7  Diamond Springs, California 95619
8  Telephone:  (530) 642-8468
   Facsimile:  (530) 653-2449
9

10  Attorneys for *Plaintiff*, MARCO MILLA
11
       **UNITED STATES DISTRICT COURT**
12        **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| MARCO MILLA an individual, | Case No. 2:16-cv-00134-FWS-MRW |
|  | Honorable Judge Fred W. Slaughter Honorable Magistrate Judge Michael R. Wilner |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING ON AUGUST 11, 2022** |
| CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive, | |
| Defendants. | |

– 1 –
**PLAINTIFF'S STIPULATION TO CONTINUE HEARING DATE**

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

WHEREAS, plaintiff's lead counsel MARTIN STANLEY is scheduled to be out of the country beginning August 10, 2022 to attend a family reunion and wedding in Brussels, and

WHEREAS, this Honorable Court has set a hearing on the writ relating to California State prisoner Ramar Jenkins testimony for August 11, 2022,

IT IS HEREBY STIPULATED by and between counsel that the hearing on the writ set for August 11, 2022 may be continued to September 22, 2022, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED:


Dated: June 22, 2022                **LAW OFFICE OF MARTIN STANLEY**

                                    By:  /s/ MARTIN L. STANLEY
                                    _____
                                         Martin L. Stanley, Esq.
                                         Attorneys for *Plaintiff*


Dated: June 22, 2022

                                    By:  /s/ GEOFF PLOWDEN
                                    _____
                                         Geoff Plowden, Esq
                                         Attorney for *Defendants*

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Wilshire Blvd, Suite 700, Santa Monica, California 90401.

On **June 22, 2022,** I served the foregoing document(s) **STIPULATION TO CONTINUE HEARING ON AUGUST 11, 2022** on the interested parties in this action by email as follows:

**Attorney for Defendants:**
Geoff Plowden
Email: geoffrey.plowden@lacity.org

BY ELECTRONIC DELIVERY DUE TO COVID-19

[**X**]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 22, 2022,** at Santa Monica, California

　　　　　　　　　　　___/s/ MARTIN STANLEY___
　　　　　　　　　　　　　　Martin Stanley