Name, Address and Phone Number of Attorney(s):
MARTIN STANLEY, CAL BAR NO. 102413
100 WILSHIRE BLVD., SUITE 700
Santa Monica, CA 90401
310 399 2555

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARCO MILLA

Plaintiff(s)

v.

CITY OF Los Angeles, ETC.,

Defendant(s).

CASE NUMBER

2:16-CV-0134-FWS-MRW

**APPLICATION FOR WRIT OF HABEAS CORPUS**

☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: RAMAR JENKINS
Alias: ___
BOP/Booking No: CDCR NO. BB0462
Detained by: ☑ Warden WARREN MONTGOMERY
☐ Other ___
Detained at: CALIPATRIA STATE PRISON, 7018 BLAIRE ROAD, CALAPATRIA, CA 92233
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on 4/18/2023 at 8:30 A.M. before the Honorable FRED W. SLAUGHTER Judge/Magistrate Judge.

Location: ☑ U.S. District Court COURTROOM 10D, 411 W. 4TH ST., Santa Ana, CA 92233
*(Court Address)*
☐ Other ___
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: SEPT. 25, 2022

*Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)   APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM