# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| MARCO MILLA an individual, | 2:16-cv-00134-FWS-MRW |
| Plaintiff(s) | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive, | ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: Ramar Jenkins    CDCR No. BB 0462, who is currently confined at Calipatria State Prison, 7018 Blair Road, Calipatria, California 92233.

On 04/18/2023 at 08:30 AM before Judge Hon. Judge Fred W. Slaughter, United States District Court Room 10D, 411 West 4th Street, Santa Ana, CA, 92701.

Dated: _____

**U.S. District Judge**

G-09 ORDER (10/06)

**ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**