**MICHAEL N. FEUER**, City Attorney - SBN 111529
**SCOTT MARCUS**, Chief Assistant City Attorney – SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**GEOFFREY PLOWDEN**, Deputy City Attorney – SBN 146602
200 N Main Street, City Hall East, 6th Floor
Los Angeles, California  90012
Telephone:  (213) 978-7038   Facsimile:  (213) 978-8785
E-mail: geoffrey.plowden@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES, RICHARD H. ULLEY,**
and **LOS ANGELES POLICE DEPARTMENT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA,<br><br>            Plaintiff,<br><br>    V.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES POLICE DEPT., a municipal entity; DETECTIVE R. ULLEY, AND DETECTIVE J. VANDER HORCK, and DOES 1 through 10, inclusive<br><br>            Defendants. | **CASE NO. CV16-00134 FWS(MRWx)**<br><br>*Honorable Judge: Fred W. Slaughter, Crtrm. 10D, Ronald Reagan Federal Bldg., Santa Ana, CA*<br>Honorable Mag. Judge Michael R. Wilner<br><br>**NOTICE OF NON-OPPOSIITON TO WRIT FOR HABEAS CORPUS AD TESTIFICANDUM (ECF 245)** |

**TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

Please be advised that Defendants CITY OF LOS ANGELES, RICHARD H. ULLEY, and LOS ANGELES POLICE DEPARTMENT will not be filing an

///

///

1

opposition to the wit for H*abeas Corpus Ad Testificandum* (ECF 245), nor orally opposing the writ at the upcoming hearing on the matter.

DATED:  September 27, 2022

**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____/s/ *Geoffrey Plowden*_____
**GEOFFREY PLOWDEN**, Deputy City Attorney

*Attorneys for Defendants*, **CITY OF LOS ANGELES  RICHARD H. ULLEY**, and **LOS ANGELES POLICE DEPARTMENT**

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28