# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>                      Plaintiff(s)<br>        v.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br>                      Defendant(s). | CASE NUMBER<br>    2:16-cv-00134-FWS-MRW<br><br>**ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☐ AD PROSEQUENDUM<br>✓ AD TESTIFICANDUM |

Having reviewed the Second Application for Writ of Habeas Corpus Ad Testificandum [245] and Notice of Non-Opposition to Second Application for Writ of Habeas Corpus Ad Testificandum [246], the Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith is **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ✓ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: Ramar Jenkins, CDCR No. BB 0462, who is currently confined at Calipatria State Prison, 7018 Blair Road, Calipatria, California 92233

Alias: N/A

on 4/18/2023 at 8:30 a.m. before District Judge Fred W. Slaughter, United States District, Courtroom 10D, 411 West 4th Street, Santa Ana, CA, 92701.

Dated: October 3, 2022

_____
**U.S. District Judge Fred W. Slaughter**

\*\*Counsel is advised that the party requesting this writ is responsible for serving the order and accompanying writ on the proper parties to ensure the above listed detainee is transported as described above.\*\*