HYDEE FELDSTEIN SOTO, City Attorney - SBN 106866
SCOTT MARCUS, Chief Assistant City Attorney - SBN 184980
CORY M. BRENTE, Senior Assistant City Attorney - SBN 115453
cory.brente@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7021/Facsimile: (213) 978-8785

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE
RICHARD ULLEY and DETECTIVE JOHN VANDER HORCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  16-cv-00134-FWS-MRW<br><br>**DEFENDANTS' [PROPOSED] STATEMENT OF THE CASE**<br><br>PTC:       May 5, 2023<br>TRIAL:    May 16, 2023<br>TIME:     8:30 a.m.<br>DEPT:     Courtroom 10D<br>JUDGE:   Hon. Fred W. Slaughter |

ORBACH HUFF + HENDERSON LLP

Pursuant to the Court's Order on Pretrial and Trial Procedures, Defendants hereby submit their [Proposed] Statement of the Case, as follows:

Plaintiff Marco Milla has filed a lawsuit against Los Angeles Police Department Detectives John Vander Horck and Richard Ulley based upon allegations that the Detectives unlawfully imprisoned him and caused him to be maliciously prosecuted for murder and attempted murder in 2002. In summary, Plaintiff alleges that the Detectives engaged in improper investigatory tactics that resulted in false evidence and inaccurate testimony being received from victims and witnesses and committed other wrongful conduct. Plaintiff also claims that the Detectives' actions resulted in him being improperly convicted and imprisoned, with that conviction being later overturned. Plaintiff seeks monetary damages for the time that he was in custody and other damages for the injuries he sustained. Defendants deny Plaintiff's claims and contend that their actions were objectively reasonable and lawful.

Dated:  April 20, 2023

Respectfully submitted,

**ORBACH HUFF + HENDERSON LLP**

By:   */s/ Kevin E. Gilbert*
          Kevin E. Gilbert
          Carolyn M. Aguilar
          Attorneys for Defendants
          CITY OF LOS ANGELES, LOS ANGELES
          POLICE DEPARTMENT, DETECTIVE R.
          ULLEY and DETECTIVE J. VANDER HORCK

ORBACH HUFF + HENDERSON LLP

Defs' [Proposed] Statement of the Case [16-cv-134-FWS-MRW]