**LAW OFFICE OF MARTIN STANLEY**
Martin Louis Stanley [State Bar No. 102413]
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Telephone:  (310) 399-2555
Facsimile: (310) 917-1001

**BARRETT LAW OFFICE**
Edmont T Barrett [State Bar No. 74117]
P.O. Box 607
Diamond Springs, CA 95619
Telephone:  (530) 642-8468
Facsimile:    (530) 653-2449

Attorneys for *Plaintiff*, MARCO MILLA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-00134-FWS-MRW<br>Hon. Judge Fred W. Slaughter<br>Hon. Magistrate Judge Michael R. Wilner<br><br>**PLAINTIFF MARCO MILLA'S [PROPOSED] STATEMENT OF THE CASE**<br><br>**Trial**<br>Date:            05/16/2023<br>Time:           08:30 AM<br>Courtroom:    10D, Santa Ana<br><br>**Pre-Trial Conference**<br>Date:            05/05/2023<br>Time:           09:00 AM<br>Courtroom:    10D, Santa Ana |

– 1 –
**PLAINTIFF'S STATEMENT OF THE CASE**

1  Pursuant to the Court's Order on Pretrial and Trial Procedures, the PLAINTIFF hereby submits this Proposed Statement of the Case:

Plaintiff Marco Milla has filed a lawsuit against Los Angeles Police Department Detectives John Vander Horck and Richard Ulley based upon allegations that the Detectives unlawfully imprisoned him and caused him to be maliciously prosecuted for murder and attempted murder in 2002.  In summary, Plaintiff alleges that the Detectives engaged in improper investigatory tactics that resulted in false evidence and inaccurate testimony being received from victims and witnesses and committed other wrongful conduct.  Plaintiff also claims that the Detectives' actions resulted in him being improperly convicted and imprisoned. The conviction was ultimately overturned in Court because the Court found he was wrongfully convicted.  Plaintiff seeks money damages for the time that he was in prison and for the injuries he sustained.  Defendants deny Plaintiff's claims and contend that their actions were objectively reasonable and lawful.

DATED: April 20, 2023            LAW OFFICES OF MARTIN STANLEY

                                 By:____/s/ MARTIN STANLEY_____
                                     MARTIN L. STANLEY,
                                     Attorney for Plaintiff, MARCO MILLA