UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-00134-FWS (MRWx) | Date | May 4, 2023 |
| Title | Marco Milla v. City of Los Angeles et al | | |

**PRESENT:**

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER CONTINUING TIME OF FINAL PRETRIAL CONFERENCE

    The Court, on its own motion, hereby **CONTINUES** the time of the Final Pretrial Conference and hearings on pending motions in limine [264][265][266][267][274][275][276][277][278][279][280] for the above-captioned matter set for **Friday, May 5, 2023** at 8:30 a.m. to **9:00 a.m.**

                                                                                                                                                                     \_\_ : \_\_

                                                      Initials of Deputy Clerk   mku

cc: