1 | HYDEE FELDSTEIN SOTO, City Attorney - SBN 106866
2 | SCOTT MARCUS, Chief Assistant City Attorney - SBN 184980
  | CORY M. BRENTE, Senior Assistant City Attorney - SBN 115453
3 | cory.brente@lacity.org
4 | 200 North Main Street, 6th Floor, City Hall East
  | Los Angeles, CA 90012
5 | Telephone: (213) 978-7021/Facsimile: (213) 978-8785
6 | Kevin E. Gilbert, Esq. (SBN: 209236)
7 | kgilbert@ohhlegal.com
  | Carolyn M. Aguilar, Esq. (SBN: 289550)
8 | caguilar@ohhlegal.com
9 | **ORBACH HUFF + HENDERSON LLP**
  | 6200 Stoneridge Mall Road, Suite 225
10 | Pleasanton, California 94588
11 | Telephone: (510) 999-7908/Facsimile: (510) 999-7918
12 | Attorneys for Defendants
13 | CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE
   | RICHARD ULLEY and DETECTIVE JOHN VANDER HORCK
14 |
15 | UNITED STATES DISTRICT COURT
16 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual, | Case No. 16-cv-00134-FWS-MRW |
| Plaintiff, | |
| v. | **JOINT [PROPOSED] STATEMENT OF THE CASE** |
| CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive, | PTC:   May 12, 2023<br>TIME:  8:30 a.m.<br>DEPT:  Courtroom 10D<br>JUDGE: Hon. Fred W. Slaughter<br>TRIAL: May 16, 2023 |
| Defendants. | |

Joint [Proposed] Statement of the Case [16-cv-134-FWS-MRW]

The parties hereby submit their [Proposed] Statement of the Case, as follows:

Plaintiff Marco Milla has filed a lawsuit against Los Angeles Police Department Detectives John Vander Horck and Richard Ulley and the City of Los Angeles based upon allegations that the Detectives unlawfully imprisoned him and caused him to be maliciously prosecuted for murder and attempted murder in 2002.  In summary, Plaintiff alleges that the Detectives acted wrongfully by engaging in improper investigatory tactics that resulted in false evidence and inaccurate testimony being received from victims and witnesses and/or committed other wrongful conduct.  Plaintiff also claims that the Detectives' actions resulted in him being wrongly convicted and imprisoned, with that conviction being later overturned.  Plaintiff seeks money damages for the time that he was in custody and other damages for the injuries he sustained.  Defendants deny Plaintiff's claims and contend that their actions were objectively reasonable and lawful.

Dated:  May 10, 2023         **LAW OFFICE OF MARTIN STANLEY**

By:   /s/ *Martin Stanley*
        Martin Stanley
        Attorney for Plaintiff
        MARCO MILLA

Dated:  May 10, 2023         Respectfully submitted,
                             **ORBACH HUFF + HENDERSON LLP**

By:   /s/ *Kevin E. Gilbert*
        Kevin E. Gilbert
        Carolyn M. Aguilar
        Attorneys for Defendants
        CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE R. ULLEY and DETECTIVE J. VANDER HORCK