HYDEE FELDSTEIN SOTO, City Attorney - SBN 106866
SCOTT MARCUS, Chief Assistant City Attorney - SBN 184980
CORY M. BRENTE, Senior Assistant City Attorney - SBN 115453
cory.brente@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7021/Facsimile: (213) 978-8785

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE R. ULLEY and DETECTIVE J. VANDER HORCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  16-cv-00134-FWS-MRW<br><br>**REVISED JOINT WITNESS LIST**<br><br>PTC:     May 12, 2023<br>TIME:    9:00 a.m.<br>DEPT:    Courtroom 10D<br>JUDGE:   Hon. Fred W. Slaughter<br>TRIAL:   May 16, 2023 |

The parties hereby submit the following Revised Joint Witness List.

**PLAINTIFF'S WITNESS LIST**

|   | Witness | Expected Testimony | Direct | Cross |
|---|---|---|---|---|
| 1 | Richard Ulley | Defendant | 2.0 | 1.5 |
| 2 | John Vander Horck | Defendant (depo) | 2.0 | 1.0 |
| 3 | Mark Maldonado | Officer who provided info to defendants | 1.0 | .75 |
| 4 | Marco Milla | Plaintiff | 3.0 | 1.5 |
| 5 | Celedonio "Alex Velarde | Alibi witness | 1.0 | 0.3 |
| 6 | Irma Navarro | Alibi witness | .5 | 0.3 |
| 7 | Peter Burke | Deputy DA | .3 | 0.3 |
| 8 | Scott Carbaugh (Filing Deputy) | Filing Deputy DA | 1.0 | 0.3 |
| 9 | Honorable Olivia Rosales | Deputy DA | .3 | 0.5 |
| 10 | Steven Strong | Plaintiff's expert on police practices | 2.0 | .75 |
| 11 | Marvina Strong | Withdrawn | 0 | 0.1 |
| 12 | Mitchell L. Eisen, Ph.D. | Plaintiff's expert on line ups | 2.0 | 0.5 |
| 13 | Maria Flores | Witness to shooting | 1.0 | 0.1 |
| 14 | Ramar Jenkins | Witness to shooting (depo or in person) | 2.0 | 1.0 |
| 15 | Freddy Sepulveda | Plaintiff's brother | .5 | 0.1 |
| 16 | Rosalina Sepulveda | Plaintiff's mother | .5 | 0.1 |

| | Witness | Expected Testimony | Direct | Cross |
|---|---|---|---|---|
| 17 | Judith Reif Pettigrew, Deputy District Attorney | DA who reviewed the habeus issues and Vander Horck conduct | 1.0 | 0.1 |
| 18 | Therese Moriarty, PSY.D | Plaintiff's neuropsych expert | 2.0 | 0.5 |
| 19 | Deputy D.A. Frank Santoro | DA who rejected case refiling | .5 | 0.2 |
| 20 | Salvador Pimentel | Percipient witness | 2.0 | 0.5 |

## DEFENDANTS' WITNESS LIST

| | Witness | Expected Testimony | Direct | Cross |
|---|---|---|---|---|
| 1 | Detective David Lott | Conducted initial investigation on the night of the shooting. | 0.5 | .75 |
| 2 | Richard Ulley | Defendant in this case. Will testify to the investigation into this matter, identification processes, presentation of case to District Attorney, working with DA's office during prosecution, responses to discovery. | SEE ABOVE | |
| 3 | John Vander Horck  Deceased – presented via deposition | Defendant in this case. Will testify to the investigation into this matter, identification processes, presentation of case to District Attorney, working with DA's office during prosecution, compliance with discovery. | SEE ABOVE | |
| 4 | Mark Maldonado | A gang expert on 204th St. Gang, provided list of possible suspects based upon his expected testimony of the 204th St. Gang and its members, provided information for court about the gang and why gang members commit crimes of these types. | SEE ABOVE | |

| | Witness | Expected Testimony | Direct | Cross |
|---|---|---|---|---|
| 5 | Scott Carbaugh, LA County District Attorney's Office or through counsel James Jardin, Collins, Collins, Muir and Stewart | Area of Expected testimony Filing DA on the under lying case. | SEE ABOVE | |
| 6 | Peter Berke*<br><br>LA County District Attorney's Office or through counsel James Jardin, Collins, Collins, Muir and Stewart | Initially assigned to handle underlying criminal case. A letter regarding discovery was addressed to him. | SEE ABOVE | |
| 7 | Hon. Oliva Rosales<br><br>Los Angeles Superior Court, Dept. M, Norwalk Courthouse 12720 Norwalk Blvd., Norwalk, CA 90650 or through counsel James Jardin, Collins, Collins, Muir and Stewart | Subsequently assigned to handle underlying criminal case. Has expected testimony regarding discovery in case (and underlying orders and disclosure); witnesses; identification issues; independent prosecutorial evaluation of case; facts adduced at trial; defenses proffered or not proffered such as alibi; information on a booking photo being obtained outside of the regular discovery channels; information regarding new trial and investigation of witnesses for new trial. | SEE ABOVE | |
| 8 | Michael Deck*<br><br>LA District Attorney's Office | DAI during motion for new trial. | 0.3 | .5 |
| 9 | Curtis McClean*<br><br>LA District Attorney's Office | DAI during habeas proceedings. | 0.3 | .5 |

- 3 -

Revised Joint Witness List [16-cv-134-FWS-MRW]

| | Witness | Expected Testimony | Direct | Cross |
|---|---|---|---|---|
| 10 | Bruce Brown*<br><br>District Attorney for the Fifth District, Clear Creek County District Attorney's Office, P.O. Box 2000, Georgetown, CO 80444; Phone: 303-679-2316 | Retained by Milla to handle underlying criminal case. Hired investigator to aid in defense; received information on other witnesses, alibi witnesses and other potential suspects. Has expected testimony regarding discovery in case (and underlying orders and disclosure); witnesses; identification issues; facts adduced at trial; defenses proffered or not proffered such as alibi; Refutes contentions that he failed to investigate or offered ineffective assistance of counsel. | 0.3 | .5 |
| 11 | Larry Rivera*<br><br>Last known address in court files for Clueso Investigations which is in Plaintiff's possession | Investigation of case and contact with witnesses. | 0.3 | .5 |
| 12 | Marco Milla, Plaintiff in case, known to counsel | His alibi, disclosure of information to police and damages. | SEE ABOVE | |
| 13 | Sandra Jauregui*<br><br>Last known address is in Bellflower and apparently known to Plaintiff | Knowledge of statement of the actual shooter on the evening of the incident; her reasons for not providing such information to the police; her declaration and testimony at the hearing on a motion for new trial. | 0.3 | |

- 4 -

Revised Joint Witness List [16-cv-134-FWS-MRW]

| | Witness | Expected Testimony | Direct | Cross |
|---|---|---|---|---|
| 14 | Irma Navarro*<br><br>Last known address is unknown. Plaintiff's subsequent disclosures gave an address which was Plaintiff's former address | Knowledge of statement of the actual shooter on the evening of the incident; her reasons for not providing such information to the police; her declaration and testimony at the hearing on a motion for new trial. | SEE ABOVE | |
| 15 | Alex Velarde*<br><br>Last known address unknown, possibly in Santa Fe Springs | His various statements of alibi for Plaintiff and knowledge of information about persons who came to Jauregui's apartment on the night/early next morning of the shooting. | SEE ABOVE | |
| 16 | Salvador Pimentel*<br><br>Last known address, California State Prison | His knowledge that someone other than Milla did the shooting; information on disclosure of Munoz saying Munoz did the shooting; his failure to alert police to this information. | SEE ABOVE | |
| 17 | Ramar Jenkins<br><br>Last known address California State Prison | Witness to the crime; victim of shooting; identification process outside of court and inside the court room. | SEE ABOVE | |
| 18 | Erica Hightower*<br><br>Last known address in Gardena | Witness to the crime; victim of shooting; identification process outside of court and inside the court room. | 0.2 | .5 |
| 19 | Traci McCombs*<br><br>Last known address in Murder Book which is in Plaintiff's possession | Witness to the crime; victim of shooting; identification process outside of court and inside the court room. | 0.2 | .5 |

- 5 -

Revised Joint Witness List [16-cv-134-FWS-MRW]

| Witness | Expected Testimony | Direct | Cross |
|---|---|---|---|
| 20 Richard Marks* Address on expert report. | His expert analysis of the criminal investigation, compliance with training and objectively reasonable police investigations; *Monell* issues and other opinions as stated in his expert report. | 1.0 | .5 |
| 21 Dr. Ted Evans, address on expert report | His interview of plaintiff, evaluation of plaintiff for psychological/psychiatric effects of the incident upon him; results and corroboration of standard psychological/psychiatric testing as part of his evaluation and opinion. | 1.0 | 2.0 |
| 22 Dan Jenks, address provided to counsel during deposition. | Various PMKs from Los Angeles Police Department regarding *Monell* issues as the *Monell* issues are further defined or refined. | 1.5 | 2.0 |
| 23 Various PMKs from LAPD | Regarding *Monell* issues as the *Monell* issues are further defined or refined. | 1.0 | 1.0 |

Dated: May 10, 2023        **LAW OFFICE OF MARTIN STANLEY**

By:   */s/ Martin Stanley*
        Martin Stanley
        Attorney for Plaintiff
        MARCO MILLA

Dated: May 10, 2023        **ORBACH HUFF + HENDERSON LLP**

By:        */s/ Kevin E. Gilbert*
        Kevin E. Gilbert
        Carolyn M. Aguilar
        Attorneys for Defendants
        CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE R. ULLEY and DETECTIVE J. VANDER HORCK