1  **LAW OFFICE OF MARTIN STANLEY**
2  Martin Louis Stanley [State Bar No. 102413]
   100 Wilshire Blvd, Suite 700
3  Santa Monica, CA 90401
4  Telephone:   (310) 399-2555
   Facsimile:   (310) 917-1001
5

6  **BARRETT LAW OFFICE**
7  Edmont T Barrett [State Bar No. 74117]
   P.O. Box 607
8  Diamond Springs, CA 95619
9  Telephone:   (530) 642-8468
   Facsimile:   (530) 653-2449
10

11  Attorneys for *Plaintiff*, MARCO MILLA

12                 **UNITED STATES DISTRICT COURT**
13
14                 **CENTRAL DISTRICT OF CALIFORNIA**

15  | MARCO MILLA an individual, | Case No. CV-00134-FWS-MRW |
16  | | Hon. Judge Fred W. Slaughter |
    | Plaintiff, | Hon. Magistrate Judge Michael R. |
17  | | Wilner |
18  | vs. | |
19  | | DECLARATION OF MARTIN |
    | CITY OF LOS ANGELES a | STANLEY RE REPORT ON OTHER |
20  | municipal entity; LOS ANGELES | CASES |
    | POLICE DEPARTMENT, a municipal | **Trial** |
21  | entity; COUNTY OF LOS ANGELES, | **Date:**        **07/05/2023** |
22  | DETECTIVE R. ULLEY AND | **Time:**        **08:30 AM** |
23  | DETECTIVE J. VANDER HORCK, | **Courtroom:**   **10D, Santa Ana** |
    | and DOES 1 through 100, inclusive, | |
24  | | **Pre-Trial Conference** |
25  | Defendants. | **Date:**        **06/16/2023** |
26  | | **Time:**        **09:00 AM** |
    | | **Courtroom:**   **10D, Santa Ana** |
27

28

– 1 –
**DECLARTION OF MARTIN STANLEY**

I, MARTIN STANLEY, declare:

1.  I am one of the attorneys for plaintiff and am admitted to practice before this and other Courts. I have personal and firsthand knowledge of the facts herein and, if called as a witness, could and would competently testify thereto.

2.  Prior to this Court's response to the declaration I previously submitted and immediately after the Marks court set the trial date, I met and conferred with defense counsel in Marks and we were able to agree on a stipulation to continue Marks with defense counsel agreeing to extend the 5 ½ year statute an additional month.

3.  The Marks court did not rule on the stipulation as of this past Friday. Hence I prepared an ex parte application to continue Marks which included both the stipulation and this Court's response to my last declaration. That worked. When we appeared today for trial the Marks court granted our ex parte and continued the Marks trial to September 26, 2023.

4.  **Issues requested to be discussed at upcoming pre-trial conference**. I have met and conferred further with defense counsel on the issues of qualified immunity and the presumption of prosecutorial independence and have filed a brief with this Court previously. If counsel are unable to resolve these issues, Plaintiff respectfully requests that the Court discuss these issues with counsel at the pretrial this coming Friday.

1       I declare under penalty of perjury that the foregoing is true and correct.

2

3   Executed this 7th day of June, 2023, at Santa Monica, California.

4                                          By:_____/s/ Martin Stanley_____

5                                               MARTIN STANLEY, ESQ.
                                            Attorneys for Plaintiff,

6                                               MARCO MILLA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3 –
**DECLARTION OF MARTIN STANLEY**

1

2

3

<u>**PROOF OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4

5

6

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 100 Wilshire Blvd, Suite 700, Santa Monica, California 90401.

7

8

On June 7, **2023,** I served the foregoing document(s) on the interested parties in this action by email as follows:

9

10

11

<u>**Attorney for Defendants:**</u>
KEVIN GILBERT
Email: kgilbert@ohhlegal.com

12

13

BY ELECTRONIC DELIVERY DUE TO COVID-19

14

15

[**X**]  STATE:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

16

17

Executed on **June 7, 2023,** at Santa Monica, California

18

19

20

_____/s/ MARTIN STANLEY_____
Martin Stanley

21

22

23

24

25

26

27

28

**DECLARTION OF MARTIN STANLEY**