**LAW OFFICE OF MARTIN STANLEY**
Martin Louis Stanley [State Bar No. 102413]
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Telephone:  (310) 399-2555
Facsimile:  (310) 917-1001

**BARRETT LAW OFFICE**
Edmont T Barrett [State Bar No. 74117]
P.O. Box 607
Diamond Springs, CA 95619
Telephone:  (530) 642-8468
Facsimile:  (530) 653-2449

Attorneys for *Plaintiff*, MARCO MILLA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; COUNTY OF LOS ANGELES, DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-00134-FWS-MRW<br>Hon. Judge Fred W. Slaughter<br>Hon. Magistrate Judge Michael R. Wilner<br><br>**PLAINTIFF'S PROPOSED JURY INSTRUCTION ON GANG ISSUE**<br><br>**Trial**<br>**Date:** 07/05/2023<br>**Time:** 08:30 AM<br>**Courtroom:** 10D, Santa Ana<br><br>**Pre-Trial Conference**<br>**Date:** 06/16/2023<br>**Time:** 09:00 AM<br>**Courtroom:** 10D, Santa Ana |

Plaintiff objects per his motion in limine to the admission of any evidence of gang affiliation. Respectfully, initially no victim ever identified any of the assailants as members of the 204th Street gang or any gang for that matter. There were no gang signs thrown and no gang signs made. The assailants were Hispanic and that was it. The police, initially with no evidence pointing the finger at any gang, simply decided to focus their attention on a list of 204th Street gang members. Hence, identity and other issues mentioned by the defense are simply self serving claims to admit extremely prejudicial gang evidence. The cases cited by plaintiff in his motion in limine on gang issue demonstrates that this evidence should be admitted only in extremely limited circumstances. The reason of course is that many citizens (who may be in the jury pool) will use that evidence to deny plaintiff's claims simply because he was a gang member at the time.

If, however, over plaintiff's objection, and pursuant to the Court's order on motions in limine, this Court decides to admit such evidence, the following is plaintiff's proposed limited instruction – and if the Court does admit gang evidence and utilizes this or any other instruction, plaintiff respectfully requests that the Court extensively inquire about this issue in voir dire and permit plaintiff additional time to inquire about this issue. Supreme Court precedent demonstrates the critical importance of making sure that we empanel a completely unbiased fair and impartial

jury that will follow the law and the gang issue is, respectfully, something that only a limited instruction cannot unring the bell on.

The following is the proposed instruction **based on the actual facts of this case, and, respectfully, this is actually an instruction that every juror can understand**:

*CalCrim Jury Instruction 1403*, as modified, provides as follows:

> You may consider evidence of gang activity only for the limited purpose of deciding whether:
>
> The reason why the Los Angeles police department included Marco Milla, a gang member since the age of 13, along with at least 9 other gang members, in a list of suspects for a shooting was because they knew him to be a member of a gang, and they claim they thought that a gang member committed the shooting they were investigating.
>
> You may not consider this evidence for any other purpose. You may not conclude from this evidence that the Marco Milla is a person of bad character or that he had a disposition to commit crime or that he committed the crimes alleged in the criminal case. Also, you may not conclude from just this evidence that defendants had probable cause to

– 3 –
**AMENDED PROPOSED GANG JURY INSTRUCTION AND OBJECTION**

arrest him. Every person in the United States including gang members are entitled to be presumed innocent in any criminal case.

DATED: June 15, 2023

Respectfully submitted,
LAW OFFICES OF MARTIN STANLEY

By:_____/s/ Martin Stanley_____
　　　MARTIN STANLEY, ESQ.
　　　Attorneys for Plaintiff,
　　　MARCO MILLA

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Wilshire Blvd, Suite 700, Santa Monica, California 90401.

On **June 15, 2023,** I served the foregoing document(s) on the interested parties in this action by email as follows:

**Attorney for Defendants:**
KEVIN GILBERT
Email: kgilbert@ohhlegal.com

BY ELECTRONIC DELIVERY DUE TO COVID-19

[**X**] STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 15, 2023,** at Santa Monica, California

_____/s/ MARTIN STANLEY_____
Martin Stanley

---
– 5 –
**AMENDED PROPOSED GANG JURY INSTRUCTION AND OBJECTION**