HYDEE FELDSTEIN SOTO, City Attorney - SBN 106866
SCOTT MARCUS, Chief Assistant City Attorney - SBN 184980
CORY M. BRENTE, Senior Assistant City Attorney - SBN 115453
cory.brente@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7021/Facsimile: (213) 978-8785

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE
RICHARD ULLEY and DETECTIVE JOHN VANDER HORCK

ORBACH HUFF + HENDERSON LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  16-cv-00134-FWS-MRW<br><br>**DEFENDANTS' BRIEF REGARDING PLAINTIFF'S HEAD TATTOO**<br><br>TRIAL:    July 5, 2023<br>JUDGE:   Hon. Fred W. Slaughter |

At the June 16, 2023, Further Pretrial Conference, Plaintiff disclosed that he desired to address a tattoo with the jury that Plaintiff obtained while in prison.  After discussions between counsel for the parties, Defendants understand that Plaintiff desires to make a brief statement either during voir dire, opening statements, and/or Plaintiff's testimony regarding his election to obtain the tattoo while in custody.  Defendants do not object to such a brief explanation or questions, so long as the discussion does not pander to the jury or otherwise result in vouching for Plaintiff.

Dated:  June 23, 2023

Respectfully submitted,
**ORBACH HUFF + HENDERSON LLP**

By:___ */s/ Kevin E. Gilbert* _____
        Kevin E. Gilbert
        Attorney for Defendants
        CITY OF LOS ANGELES, LOS ANGELES
        POLICE DEPARTMENT, DETECTIVE R.
        ULLEY and DETECTIVE J. VANDER HORCK

ORBACH HUFF + HENDERSON LLP

Defendants' Brief re Plaintiff's Head Tattoo [16-cv-134-FWS-MRW]