HYDEE FELDSTEIN SOTO, City Attorney - SBN 106866
SCOTT MARCUS, Chief Assistant City Attorney - SBN 184980
CORY M. BRENTE, Senior Assistant City Attorney - SBN 115453
cory.brente@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7021/Facsimile: (213) 978-8785

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE RICHARD ULLEY and DETECTIVE JOHN VANDER HORCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MILLA an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES a municipal entity; LOS ANGELES POLICE DEPARTMENT, a municipal entity; DETECTIVE R. ULLEY AND DETECTIVE J. VANDER HORCK, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 16-cv-00134-FWS-MRW<br><br>**DEPOSITION DESIGNATIONS AND OBJECTIONS FOR DEFENDANT DETECTIVE JOHN VANDER HORCK (DECEASED)**<br><br>TRIAL:   July 5, 2023<br>JUDGE:  Hon. Fred W. Slaughter |

The parties submit the following deposition designations they intend to offer at trial from the November 10, 2016, deposition testimony of Defendant John Vander Horck, who is now deceased, and each party's objections thereto. The parties have also attached hereto a highlighted copy of the deposition transcript as **Exhibit A**, with the proposed testimony highlighted as follows to assist the Court's evaluation:

Yellow Highlight – Defendants' proposed citation
Blue Highlight – Plaintiff's proposed citations
Green Highlight – Citations proposed by both Plaintiff and Defendants

The citations herein are in addition to the designations filed by Defendants on May 7, 2023 (Dkt. 303) of Vander Horck's testimony during the criminal trial.

## I. DEFENDANTS' DESIGNATIONS AND PLAINTIFF'S OBJECTIONS

| Defendants' Deposition Designation Citation | Plaintiff's Objection | Court's Ruling |
|---|---|---|
| 7:3-20 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 7:7-20 | Irrelevant, Fed. Rule 403-undue sympathy | Sustained: ☐ <br><br> Overruled: ☐ |
| 9:14-24 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 11:22-12:23 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 26:18-27:2 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 31:4-11 | | Sustained: ☐ <br><br> Overruled: ☐ |

ORBACH HUFF + HENDERSON LLP

| Defendants' Deposition Designation Citation | Plaintiff's Objection | Court's Ruling |
|---|---|---|
| 38:11-20 | Assumes facts not in evidence. Calls for hearsay. No foundation. Calls for an expert opinion without foundation. Calls for a conclusion on an ultimate issue; Fed. Rule 403 | Sustained: ☐<br>Overruled: ☐ |
| 42:3-13 |  | Sustained: ☐<br>Overruled: ☐ |
| 42:3-9 | Assumes facts not in evidence. Calls for hearsay. No foundation. Calls for an expert opinion without foundation. Calls for a conclusion on an ultimate issue re the truthfulness of unknown persons, Fed. Rule 403 | Sustained: ☐<br>Overruled: ☐ |
| 42:10-13 | No objection. Answer to question is at 43:2. | Sustained: ☐<br>Overruled: ☐ |
| 43:2 |  | Sustained: ☐<br>Overruled: ☐ |
| 43:4-44:6 | Assumes facts not in evidence. Calls for hearsay. No foundation, speculation, improper opinion, Fed. Rule 403 | Sustained: ☐<br>Overruled: ☐ |
| 48:24-49:10 |  | Sustained: ☐<br>Overruled: ☐ |

| Defendants' Deposition Designation Citation | Plaintiff's Objection | Court's Ruling |
|---|---|---|
| 49:23 | | Sustained: ☐ <br> Overruled: ☐ |
| 49:25-50:2 | Irrelevant as to what the witness thought. Vague and ambiguous. Calls for speculation. Calls for a legal conclusion. | Sustained: ☐ <br> Overruled: ☐ |
| 50:6-7 | Irrelevant as to what the witness thought. Vague and ambiguous. Calls for speculation. Calls for a legal conclusion. | Sustained: ☐ <br> Overruled: ☐ |
| 49:21-51:5 | Non responsive. Improper probable cause opinion per Court's citation of *Torres v. City of Los Angeles*, 548 F.3d 1197, 1214 n. 11 (9th Cir. 2008) | Sustained: ☐ <br> Overruled: ☐ |
| 50:13-51:5 | Irrelevant as to why the witness wanted a question to be rephrased. Calls for a narrative, Fed. Rule 403 | Sustained: ☐ <br> Overruled: ☐ |
| 72:22-73:25 | | Sustained: ☐ <br> Overruled: ☐ |
| 72:22-73:7 | Non responsive | Sustained: ☐ <br> Overruled: ☐ |
| 73:8-25 | No foundation. Speculation, Fed. Rule 403 | Sustained: ☐ <br> Overruled: ☐ |

ORBACH HUFF + HENDERSON LLP

- 3 -

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Defendants' Deposition Designation Citation | Plaintiff's Objection | Court's Ruling |
|---|---|---|
| 105:2-12 | | Sustained: ☐ <br> Overruled: ☐ |
| 105:18 | | Sustained: ☐ <br> Overruled: ☐ |
| 105:20-106:7 | | Sustained: ☐ <br> Overruled: ☐ |
| 106:11-108:6 | | Sustained: ☐ <br> Overruled: ☐ |
| 108:8-110:1 | | Sustained: ☐ <br> Overruled: ☐ |

## II. PLAINTIFF'S DESIGNATIONS AND DEFENDANTS' OBJECTIONS

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 6:22 | | Sustained: ☐ <br> Overruled: ☐ |
| 7:1 | | Sustained: ☐ <br> Overruled: ☐ |
| 7:3-7:6 | | Sustained: ☐ <br> Overruled: ☐ |
| 11:22-12:23 | | Sustained: ☐ <br> Overruled: ☐ |

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 13:5-13:8 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 13:18-13:22 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 14:2-16:4 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 17:7-17:9 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 17:12-17:17 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 17:23-17:25 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 18:10-18:15 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 18:18-18:24 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 19:2-19:8 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 19:13-19:16 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 19:18-19:22 | | Sustained: ☐ <br><br> Overruled: ☐ |

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 20:1-11 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 20:17-24 |  | Sustained: ☐ <br> Overruled: ☐ |
| 21:2-23:14 |  | Sustained: ☐ <br> Overruled: ☐ |
| 21:13-16 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 21:25-2 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 22:20-24 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 23:9-11 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 23:20-24:10 |  | Sustained: ☐ <br> Overruled: ☐ |
| 24:6-9 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 24:13-25:4 |  | Sustained: ☐ <br> Overruled: ☐ |
| 25:22-26:2 |  | Sustained: ☐ <br> Overruled: ☐ |

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 26:7-8 | Relevance | Sustained: ☐ <br> Overruled: ☐ |
| 26:18-27:8 | | Sustained: ☐ <br> Overruled: ☐ |
| 27:3-8, 27:14-15 | Incomplete – the full discussion should be read 27:3-15 | Sustained: ☐ <br> Overruled: ☐ |
| 27:17-19 | | Sustained: ☐ <br> Overruled: ☐ |
| 27:22-23 | | Sustained: ☐ <br> Overruled: ☐ |
| 27:25-28:7 | | Sustained: ☐ <br> Overruled: ☐ |
| 28:18-21 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 29:1-30:8 | | Sustained: ☐ <br> Overruled: ☐ |
| 29:8-9 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 30:3-5 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 30:10-18 | | Sustained: ☐ <br> Overruled: ☐ |

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 30:22-32:6 | | Sustained: ☐<br><br>Overruled: ☐ |
| 32:15-19 | | Sustained: ☐<br><br>Overruled: ☐ |
| 32:22-33:1 | | Sustained: ☐<br><br>Overruled: ☐ |
| 34:3-8 | | Sustained: ☐<br><br>Overruled: ☐ |
| 34:15-17 | | Sustained: ☐<br><br>Overruled: ☐ |
| 34:23-35:2 | | Sustained: ☐<br><br>Overruled: ☐ |
| 34:23-25 | Vague; speculation and foundation to the extent it relates to the "usual custom or practice" of the District Attorney's office | Sustained: ☐<br><br>Overruled: ☐ |
| 35:12-21 | | Sustained: ☐<br><br>Overruled: ☐ |
| 35:12-13 | Hearsay | Sustained: ☐<br><br>Overruled: ☐ |
| 36:18 | | Sustained: ☐<br><br>Overruled: ☐ |

- 8 -

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 36:21-37:1 | | Sustained: ☐<br><br>Overruled: ☐ |
| 37:5-8 | | Sustained: ☐<br><br>Overruled: ☐ |
| 37:11-38:2 | | Sustained: ☐<br><br>Overruled: ☐ |
| 37:11-15 | Hearsay | Sustained: ☐<br><br>Overruled: ☐ |
| 39:22-40:8 | | Sustained: ☐<br><br>Overruled: ☐ |
| 40:13-24 | | Sustained: ☐<br><br>Overruled: ☐ |
| 41:18-20 | | Sustained: ☐<br><br>Overruled: ☐ |
| 42:1-2 | | Sustained: ☐<br><br>Overruled: ☐ |
| 42:23-25 | | Sustained: ☐<br><br>Overruled: ☐ |
| 43:2 | | Sustained: ☐<br><br>Overruled: ☐ |
| 43:4-8 | Hearsay | Sustained: ☐<br><br>Overruled: ☐ |

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 44:7-16 | | Sustained: ☐<br><br>Overruled: ☐ |
| 44:21-45:5 | | Sustained: ☐<br><br>Overruled: ☐ |
| 45:14-46:1 | | Sustained: ☐<br><br>Overruled: ☐ |
| 46:5-24 | | Sustained: ☐<br><br>Overruled: ☐ |
| 47:9-20 | | Sustained: ☐<br><br>Overruled: ☐ |
| 48:7-17 | | Sustained: ☐<br><br>Overruled: ☐ |
| 48:19 | | Sustained: ☐<br><br>Overruled: ☐ |
| 48:21-23 | | Sustained: ☐<br><br>Overruled: ☐ |
| 53:4-54:2 | | Sustained: ☐<br><br>Overruled: ☐ |
| 53:4-20 | Hearsay | Sustained: ☐<br><br>Overruled: ☐ |
| 55:9-19 | | Sustained: ☐<br><br>Overruled: ☐ |

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 55:22-23 | | Sustained: ☐<br><br>Overruled: ☐ |
| 55:25-56:3 | | Sustained: ☐<br><br>Overruled: ☐ |
| 56:9-10 | | Sustained: ☐<br><br>Overruled: ☐ |
| 56:21-57:11 | | Sustained: ☐<br><br>Overruled: ☐ |
| 57:14-15 | | Sustained: ☐<br><br>Overruled: ☐ |
| 57:17-58:13 | | Sustained: ☐<br><br>Overruled: ☐ |
| 58:8-13 | Question not answered; vague; ambiguous; speculation; foundation. Similar question asked on 59:2-4, which was answered. | Sustained: ☐<br><br>Overruled: ☐ |
| 59:2-12 | | Sustained: ☐<br><br>Overruled: ☐ |
| 59:19-61:21 | | Sustained: ☐<br><br>Overruled: ☐ |
| 62:10-63:7 | | Sustained: ☐<br><br>Overruled: ☐ |

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 62:14-20 | Hearsay | Sustained: ☐ <br><br> Overruled: ☐ |
| 63:11-64:1 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 64:8-21 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 65:2-67:2 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 65:10-17 | Hearsay | Sustained: ☐ <br><br> Overruled: ☐ |
| 65:18-23 | Hearsay | Sustained: ☐ <br><br> Overruled: ☐ |
| 67:11-16 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 67:25-68:4 | | Sustained: ☐ <br><br> Overruled: ☐ |
| 67:25-68:4 | Incomplete – should also include answer and subsequent discussion that puts next question in context. Add 68:9-22. | Sustained: ☐ <br><br> Overruled: ☐ |
| 68:23-69:6 | | Sustained: ☐ <br><br> Overruled: ☐ |

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 69:1-6 | Argumentative | Sustained: ☐ <br> Overruled: ☐ |
| 69:11-70:4 | | Sustained: ☐ <br> Overruled: ☐ |
| 71:4-17 | | Sustained: ☐ <br> Overruled: ☐ |
| 71:4-5 | Incomplete; vague; relevance | Sustained: ☐ <br> Overruled: ☐ |
| 75:3-80:2 | | Sustained: ☐ <br> Overruled: ☐ |
| 83:1-25 | | Sustained: ☐ <br> Overruled: ☐ |
| 85:5-89:11 | | Sustained: ☐ <br> Overruled: ☐ |
| 90:7-91:24 | | Sustained: ☐ <br> Overruled: ☐ |
| 92:3-93:4 | | Sustained: ☐ <br> Overruled: ☐ |
| 92:21-93:1 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 93:2-4 | Incomplete, no answer given | Sustained: ☐ <br> Overruled: ☐ |

- 13 -

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 94:10-96:15 | | Sustained: ☐ <br> Overruled: ☐ |
| 94:10 | Vague; incomplete, no question included | Sustained: ☐ <br> Overruled: ☐ |
| 94:18-22 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 97:24-25 | Relevance; incomplete, no answer given | Sustained: ☐ <br> Overruled: ☐ |
| 98:16-102:11 | | Sustained: ☐ <br> Overruled: ☐ |
| 98:16-99:3 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 101:6-12 | Hearsay | Sustained: ☐ <br> Overruled: ☐ |
| 102:20-104:22 | | Sustained: ☐ <br> Overruled: ☐ |
| 105:2-8 | | Sustained: ☐ <br> Overruled: ☐ |
| 106:6-7 | | Sustained: ☐ <br> Overruled: ☐ |
| 106:11-16 | | Sustained: ☐ <br> Overruled: ☐ |

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 107:9-18 | | Sustained: ☐<br>Overruled: ☐ |
| 107:22-108:1 | | Sustained: ☐<br>Overruled: ☐ |
| 108:14-17 | | Sustained: ☐<br>Overruled: ☐ |
| 108:20-21 | | Sustained: ☐<br>Overruled: ☐ |
| 108:24-109:1 | | Sustained: ☐<br>Overruled: ☐ |
| 110:2-111:13 | | Sustained: ☐<br>Overruled: ☐ |
| 111:15-18 | | Sustained: ☐<br>Overruled: ☐ |
| 112:24-113:8 | | Sustained: ☐<br>Overruled: ☐ |
| 113:14-15 | Relevance; after acquired evidence | Sustained: ☐<br>Overruled: ☐ |
| 114:8-115:4 | | Sustained: ☐<br>Overruled: ☐ |
| 114:8-13 | Relevance; after acquired evidence | Sustained: ☐<br>Overruled: ☐ |

- 15 -

Vander Horck Depo Designations and Objections [16-cv-134-FWS-MRW]

| Plaintiff's Deposition Designation Citation | Defendants' Objection | Court's Ruling |
|---|---|---|
| 114:24-115:4, 115:10-14 | Incomplete – the full discussion should be read 114:24-115:12 | Sustained: ☐<br>Overruled: ☐ |
| 115:21-116:1 | | Sustained: ☐<br>Overruled: ☐ |
| 117:1-118:6 | | Sustained: ☐<br>Overruled: ☐ |
| 118:9-16 | | Sustained: ☐<br>Overruled: ☐ |
| 118:23-25 | | Sustained: ☐<br>Overruled: ☐ |

Dated: June 30, 2023            **ORBACH HUFF + HENDERSON LLP**

By:    */s/ Kevin E. Gilbert*
       Kevin E. Gilbert
       Attorney for Defendants
       CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, DETECTIVE R. ULLEY and DETECTIVE J. VANDER HORCK

Dated: June 30, 2023            **LAW OFFICE OF MARTIN STANLEY**

By:    */s/ Martin Stanley*
       Martin Stanley
       Attorney for Plaintiff
       MARCO MILLA