# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 16-00134-FWS-MRW |
| Title: | Marco Milla v. City of Los Angeles, et al |
| Date | July 12, 2023 |

Present: The Honorable **FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Erica Bustos for Melissa H. Kunig | Miriam Baird/Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Martin Stanley
Edmond Barrett

**Attorneys Present for Defendants:**
Kevin Gilbert

___ Day Court Trial   6th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X  Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X  Witnesses called, sworn, and testified.   X  Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   X  Defendant(s) rest.
X  Closing arguments made by   X  plaintiff(s)   X  defendant(s).   X  Court pre-instructs jury.
X  Bailiff(s) sworn.   X  Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to  July 13, 2023 at 8:30 a.m.  for further trial/further jury deliberation.
___ Other:

6 : 25

Initials of Deputy Clerk   eb

cc: