FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MARCO MILLA**

    Plaintiff,

  v.

**CITY OF LOS ANGELES** *et al.*,

    Defendants.

Case No.: 2:16-00134-FWS-MRW

\* REDACTED \*

**VERDICT FORM**

1

JURY INSTRUCTIONS

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

1. Did Plaintiff Marco Milla prove by a preponderance of the evidence that any of the following defendants violated his Fourteenth Amendment right by maliciously prosecuting him?

   John Vander Horck     YES _____     NO ✗
   Richard Ulley     YES _____     NO ✗

*If you answered "YES" to one or both defendants, please proceed to Question 2. If you answered "NO" to both defendants, please proceed to Question 3 and leave Question 2 blank.*

2. Was the defendant's conduct as found by you in Question 1 a cause of harm to Plaintiff Marco Milla?

   John Vander Horck     YES _____     NO _____
   Richard Ulley     YES _____     NO _____

3. Did Plaintiff Marco Milla prove by a preponderance of the evidence that any of the following defendants violated his due process right under the Fourteenth Amendment by deliberately fabricating evidence against him?

   John Vander Horck     YES _____     NO ✗
   Richard Ulley     YES _____     NO ✗

*If you answered "YES" to either or both defendants, please proceed to Question 4. If you answered "NO" to both defendants, please leave Question 4 blank, sign and date this form, and then return it to the court.*

4. Was the defendant's conduct as found by you in Question 3 a cause of harm to Plaintiff Marco Milla?

| | | |
|---|---|---|
| John Vander Horck | YES _____ | NO _____ |
| Richard Ulley | YES _____ | NO _____ |

Please sign and date this form, then return it to the court.

Dated: July 13, 2023

Signed: REDACTED
Presiding Juror