UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



*REDACTED*

Date: 7/13/23

Time: 3:37 pm

Case No.: CV 16-00134-FWS (MRWx)

Case Title: Marco Milla v. City of Los Angeles et al

JURY NOTE NUMBER 2

✓     THE JURY HAS REACHED A UNANIMOUS VERDICT

_____     THE JURY REQUESTS THE FOLLOWING:

DATE: 7/13/23     SIGNED: REDACTED

FOREPERSON OF THE JURY