# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO MILLA, | Case No. 2:16-cv-00134-FWS-MRW |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES *et al.*, | |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Defendants City of Los Angeles, Richard Ulley, and John Vander Horck and against Plaintiff Marco Milla.

Defendants City of Los Angeles, Richard Ulley, and John Vander Horck shall file any motion or application for costs within **fourteen (14) days** of the date this Order was filed. Any motion or application for costs must comply with Local Rule 54-2.

**IT IS SO ORDERED**.

Dated: October 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE